# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FEDERALPHA STEEL LLC CREDITORS' TRUST, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) |
| FEDERAL PIPE & STEEL CORPORATION, RUSSEL METALS, INC., GILLES LEROUX, and SYLVAIN GARNEAU, | )<br>)<br>)<br>) |
| Defendants. | ) |
| FEDERAL PIPE & STEEL CORPORATION, | )<br>) |
| Defendant and Third-Party Plaintiff, | )<br>)<br>) |
| v. | ) |
| PHA Steel LLC, an Illinois limited liability company, | )<br>)<br>) |
| Third-Party Defendant. | |

Honorable Elaine E. Bucklo

Magistrate Judge Jeffrey Cole

Case No. 06 CV 3188

## DEFENDANTS' MOTION FOR JUDGMENT

Defendants Federal Pipe & Steel Corporation, Russel Metals, Inc., Gilles Leroux, and Sylvain Garneau (collectively "Defendants"), by their attorneys, hereby respectfully move for judgment. In support of this Motion, Defendants state as follows:

1. Judgment for Defendants in this action is appropriate because Federalpha Steel LLC Creditors' Trust ("Trust") admits that it knows of no facts supporting its claims.

2. The Trust's admissions are contained in sworn responses to Defendants' interrogatories. The Trust has litigated these issues for more than two years, yet cannot identify a single basis for many of the Trust's critical assertions.

**3.** Defendants are submitting along with this Motion a Memorandum of Law fully explaining the basis for judgment for Defendants. Defendants incorporate that Memorandum of Law into this Motion.

WHEREFORE, Defendants respectfully move for entry of judgment in favor of Defendants on the Trust's claims.

| | |
|---|---|
| Dated: August 16, 2007 | Federal Pipe & Steel Corporation, Russel Metals, Inc., Gilles Leroux, and Sylvain Garneau |
| Shalom L. Kohn<br>Daniel M. Twetten<br>David A. Hall<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>(312) 853-7000 | By:/s/Daniel M. Twetten<br>   One of their attorneys |

**CERTIFICATE OF SERVICE**

    I, Daniel M. Twetten, an attorney, hereby certify that on August 16, 2007, a copy of the foregoing was filed electronically with the District Court for the Northern District of Illinois. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                                         /s/ Daniel M. Twetten